EARLY MITCHELL, Respondent, *v.* BROOKLYN CONSTRUCTION CO., INC., Appellant, Impleaded with Others.

(Argued April 19, 1934; decided May 22, 1934.)

*Bernard G. Barton* for appellant.

*Vincent P. Donihee* and *Abraham Sarason* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.